**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:23-CV-00129-KDB-DCK**

| | |
|---|---|
| **DEMETURIS JEFFERIES,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **J.R. LEONARD CONSTRUCTION CO.,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Approve Settlement Under the Fair Labor Standards Act (Doc. No. 6). The Court has carefully considered this motion, and the parties' brief and exhibit. The Court finds that the parties' FLSA settlement, which was negotiated at arm's length by experienced counsel, fairly and reasonably resolves a bona fide dispute (in light of, among other things, the benefits accruing to Plaintiff, the time and effort expended by the Parties, and the complexity, risk, expense and possible length of time of continued litigation), satisfying the applicable standard for approval under 29 U.S.C § 216(b) as a fair and equitable resolution of a bona fide dispute. Accordingly, the Court GRANTS the motion, ORDERS that the parties' filed Settlement Agreement is approved as fair and reasonable and directs the parties to fulfill their respective duties under the Agreement, including but not limited to dismissal of this action with prejudice.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 4, 2023

Kenneth D. Bell
United States District Judge